AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

8/3/2022

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Instagram user Account "djokovic_11"<br>(Target Account #1) | Case No.   '22 MJ2041<br><br>~~NOT FOR PUBLIC VIEW~~ |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Southern   District of   California
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B-1.

**YOU ARE COMMANDED** to execute this warrant on or before   June 17, 2022   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Michael S. Berg   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   June 3, 2022   2350

*Judge's signature*

City and state:   San Diego, California     Honorable Michael S. Berg
*Printed name and title*

| **Return** ||| 
|---|---|---|
| Case No.: '22 MJ2041 | Date and time warrant executed: 06/06/2022 5:00 pm | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

A digital download of the Instagram account to an external hard drive.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/02/2022

*Executing officer's signature*

Aron Marcellus, HSI Special Agent
*Printed name and title*

## Attachment A-1

### *Property to be Searched*

This warrant applies to information associated with the following Instagram user Account, used by Keenon GREEN:

    a. djokovic_11

        ("**Target Account #1**")

**Target Account #1** is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California.

# Attachment B-1

## *Particular Things to be Seized*

**I.   Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A-1 is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or other information that has been deleted but is still available to Meta, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for each account or identifier listed in Attachment A-1:

   A.   All business records and subscriber information, in any form kept, pertaining to the account, from November 14, 2021 through January 14, 2022, including:

   1.   Identity and contact information (past and current), including full name, e-mail addresses, physical address, date of birth, phone numbers, gender, hometown, occupation, websites, and other personal identifiers;

   2.   All Instagram usernames (past and current) and the date and time each username was active, all associated Instagram and Facebook accounts (including those linked by machine cookie), and all records or other information about connections with Facebook, third-party websites, and mobile apps (whether active, expired, or removed);

   3.   Length of service (including start date), types of services utilized, purchases, and means and sources of payment (including any credit card or bank account number) and billing records;

    4. Devices used to login to or access the account, including all device identifiers, attributes, user agent strings, and information about networks and connections, cookies, operating systems, and apps and web browsers;

    5. All advertising information, including advertising IDs, ad activity, and ad topic preferences;

    6. Internet Protocol ("IP") addresses used to create, login, and use the account, including associated dates, times, and port numbers;

    7. Privacy and account settings, including change history; and

    8. Communications between Meta and any person regarding the account, including contacts with support services and records of actions taken;

B. All content (whether created, uploaded, or shared by or with the account), records, and other information relating to videos (including live videos and videos on IGTV), images, stories and archived stories, past and current bios and profiles, posts and archived posts, captions, tags, nametags, comments, mentions, likes, follows, followed hashtags, shares, invitations, and all associated logs and metadata, from November 14, 2021 through January 14, 2022;

C. All content, records, and other information relating to communications sent from or received by the account from November 14, 2021 through January 14, 2022, including but not limited to:

    1. The content of all communications sent from or received by the account, including direct and group messages, and all associated multimedia and metadata, including deleted and draft content if available;

    2. All records and other information about direct, group, and disappearing messages sent from or received by the account, including dates and times, methods, sources and destinations (including usernames and account numbers), and status (such as delivered, opened, replayed, screenshot);

    3. All records and other information about group conversations and video chats, including dates and times, durations,

invitations, and participants (including usernames, account numbers, and date and time of entry and exit); and

    4. All associated logs and metadata;

D. All content, records, and other information relating to all other interactions between the account and other Instagram users from November 14, 2021 through January 14, 2022, including but not limited to:

    1. Interactions by other Instagram users with the account or its content, including posts, comments, likes, tags, follows (including unfollows, approved and denied follow requests, and blocks and unblocks), shares, invitations, and mentions;

    2. All users the account has followed (including the close friends list), unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow, and of users who have followed, unfollowed, blocked, unblocked, muted, restricted, or denied a request to follow the account;

    3. All contacts and related sync information; and

    4. All associated logs and metadata;

E. All records of searches performed by the account from November 14, 2021 through January 14, 2022; and

F. All location information, including location history, login activity, information geotags, and related metadata from November 14, 2021 through January 14, 2022.

Meta is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

II. **Search and Seizure of Information by the Government**

The search of the data supplied by the ISP pursuant to this warrant will be conducted by the San Diego Human Trafficking Task Force (SDHTTF) as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited from November 14, 2021 through January 14, 2022. Agents will seize information described above in Section II that constitutes fruits, evidence,

or instrumentalities of violations of 18 USC §1591 (Sex Trafficking of Children by Force, Fraud or Coercion) and 18 U.S.C §2422 (Attempted Enticement of a Minor), for the user ID identified on Attachment A-1, information pertaining to the following matters:

a. Communications, logs, photos, postings, "likes," activity, and records tending to discuss or establish the sexual exploitation of children or by force, fraud, or coercion; or efforts to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit a person who has not attained the age of 18 years to engage in a commercial sex act;

b. Electronic mail, text or instant messages, communication, chats, posts, profile information, subscriber information, or attachments tending to discuss or establish the sexual exploitation of children; or efforts to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, or solicit a person who has not attained the age of 18 years to engage in a commercial sex act;

c. Communications, logs, photos, postings, "likes," activity, and records tending to identify the user of the account and any co-conspirators involved in the illegal activities described in the affidavit;

d. Communications, logs, photos, postings, "likes," activity, and records that provide context to any communications described above, such as but not limited to electronic messages sent or received in temporal proximity to any relevant electronic messages and any electronic messages tending to identify users of the subject account;

e. Evidence indicating how and when the Instagram account was accessed or used, to determine context (e.g., chronological, geographic, etc.) of account access, use, and events relating to the crimes under investigation and to the Instagram account owner/user;

f. Evidence indicating the Instagram account owner's state of mind as it relates to the crime under investigation;

g. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).